```
1  PATRICK L. FORTE #80050
   ANNE Y. SHIAU, #273709
2  LAW OFFICES OF PATRICK L. FORTE        The following constitutes
   One Kaiser Plaza, #480                 the order of the court. Signed May 3, 2012
3  Oakland, CA 94612
   Telephone: (510) 465-3328
4  Facsimile: (510) 763-8354
5  Attorneys for Debtor
                                          _____
6                                         Roger L. Efremsky
                                          U.S. Bankruptcy Judge
7
```

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | Case No. 08-45589 RLE |
| **GISELA NIETO,** | Chapter 13 |
| Debtor. | <u>ORDER MODIFYING CHAPTER 13 PLAN</u> |
| _____/ | |

The above named debtor having served an Amended Motion to Modify Chapter 13 Plan on April 11, 2012, and there being no objections thereto and good cause appearing therefor;

**IT IS ORDERED** that debtor's Chapter 13 Plan be modified as follows:

(1). Commencing December 2011, debtor will pay $400.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis; and

(2). Debtor does not elect to have the property of the estate described below revest in the Debtor upon confirmation of the plan. The modification pertains solely to the real property located at 2017 Mint Drive, Brentwood, CA 94513 and the Chapter 13 Trustee shall have no responsibility or obligation whatsoever with respect to said real

property including, but not limited to post petition mortgage payments, property taxes, insurance, homeowner's association dues, or tax filing requirements.

**END OF ORDER**

**COURT SERVICE LIST**

Attn: Officer
Bank of America, NA
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Attn: Officer
Bank of America, NA
101 S Tryon Street
Charlotte, NC 28202

Attn: Officer
Bank of America, National Association
214 N Tryon Street
Charlotte, NC 28255

Attn: Officer
JPMorgan Chase Bank, NA
C/o CT Corporation System
818 W Seventh Street
Los Angeles, CA 90017

Attn: Officer
JPMorgan Chase Bank, NA
1111 Polaris Parkway
Columbus, OH 43240

Attn: Officer
JPMorgan Chase Bank
4 New York Plaza 19
New York, NY 1004